

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -7  PM 4:36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE T. SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1789** |
| **N. BURL CAIN, WARDEN** | **SECTION "K"(6)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's objections filed on August 4, 2005, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has made a de novo review of those portions of the report and recommendations to which objection is made; however, the objections raised are practically identical arguments based on identical case law, that petitioner made in his initial petition. He does not address the reasoning of the Magistrate Judge's Report and Recommendation, rather he simply restates the points made in his initial petition. The Court finds the Magistrate Judge's Report and Recommendation to be comprehensive and correct. Accordingly,

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**IT IS ORDERED** that the petition of Clarence T. Smith, for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 7th day of February, 2006.

_____
STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**